| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

United States District Court
Southern District of Texas
**ENTERED**
August 04, 2022
Nathan Ochsner, Clerk

Jone Doe, §
§
  Plaintiff, §
§
versus § Civil Action H-22-2416
§
Baylor College of Medicine, §
§
  Defendant. §

## Order on Anonymity

Plaintiff may proceed as "Jane Doe" in place of her actual name. All attorneys who file must use "Jane Doe" and refrain from including any personal information that would identify her. (5)

Signed on August 4, 2022, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge