# EXHIBIT   A

**From:** Williams, Amanda M  Amanda.W  ams2@bcm.edu
**Subject:** Fw: Concerning Issue
**Date:** June 27, 2019 at 2:29 PM
**To:** XXX, XXXXXX  XXXXXX.XXX@bcm.edu



I'm sorry I hurt you. I'm sorry I didn't tell you. I was worried about you.

---

**From:** Williams, Amanda M
**Sent:** Thursday, June 27, 2019 12:20 AM
**To:** Finnell, Richard H.
**Subject:** Concerning Issue

Dear Dr. Finnell,

I am very concerned for the safety and emotional stress of one of your students, ▮▮▮▮▮. I understand that this has never happened in one of your labs before. Sexual harassment is sad to happen in any work place. Many people don't realize the toll it takes on the boss as well as the victim.

I have come to understand that John Steele has been sexually harassing ▮▮▮▮▮ since February. She has only made you aware of this in May as she was scared of how you react given past Baylor events. She was so worried no one would take her side in this matter and rightfully so. I worry she has no one on her side, or at least it seems that way.

John has not only sent sexually harassing things through the Baylor email (I believe he is not a student of Baylor and I am sure this is against Policy to begin with) as well over text messages. Perhaps you should ask for these. I know they include unsolicited photos of John's penis. I believe this sort of behavior is continued textbook harassment is illegal and against Baylor policy.

The problem arises as even if this is reported through the proper channels it has been made clear that Baylor will not take action to protect ▮▮▮▮▮. They will not stop John from retaliation (only "speed up" any investigation which could take months). John has already retaliated numerous times already. I believe you were there for him ruining her reputation in lab by screaming and cursing at her. In fact, I believe she has a recording of this she was attempting to play for you when John came into your office and belated and cursed at both of you some more.

I understand that he is the senior student and you have known him for longer, but please ask yourself if this is the same man? Would the man you knew stalk a girl? Not letting others talk to her in lab when this first started. Would he yell at both you and a female employee in such a disrespectful manner? Would he show up to her house and demand she come down under threat? This is dangerous and escalating behavior. I believe he has either had a mental or emotional break and become unstable. ▮▮▮▮▮ seriously fears for her safety and life and is considering filing a police report as well as trying to get a restraining order against him (how will that work if they work in the same space).

I understand you have a meeting between the three of you tomorrow. I implore you not to make ▮▮▮▮▮ sit in a room with her harasser because it is not only texts and emails he has harassed her with (although this alone should be enough). I believe he has sexually assaulted her on numerous occasions in your lab space. She would be afraid to tell you because there are no cameras in the lab to prove it, and she doesn't believe you will believe her after telling her to be nice to John continuously despite his clear textbook harassment.

Please, I beg of you to find a way to keep them separate. I know you offered to send ▮▮▮▮▮ to Austin (which I think is a little weird that you would want to get rid of the victim instead of the abuser) but since John is a student of UT couldn't you send him back. If not this at least make hours where he cannot be in lab. ▮▮▮▮▮ does not feel safe. She is in fear of her life at this point. She is under so much emotional stress that this has affected her physical and mental health. If not this can you find a workspace in someone else's lab for Melody to continue her work for you in. I know she has already talked with a lawyer and if she doesn't find some protection soon I believe she will be getting both universities (Baylor and UT), police, and lawyers involved. At least let her have time off when you are gone perhaps so you can better plan when you are back how to keep your employees safe.

Please help the victim here and not continue to tell her to be nice to her abuser.

Thank you,
A concerned third party

PLAINTIFF - 000108