# EXHIBIT   D

CAROLYN L. SMITH, PhD
Dean
GRADUATE SCHOOL OF
BIOMEDICAL SCIENCES

ONE BAYLOR PLAZA
SUITE N204, MS: BCM215
HOUSTON, TEXAS 77030

OFFICE: 713.798.7640
FAX:        713.798.6235
carolyns@bcm.edu

April 17, 2020

Ms. ▮▮▮▮▮▮▮▮▮▮
Biochemistry Graduate Program

**Re:      Notice of Dismissal Regarding** ▮▮▮▮▮▮▮▮▮▮

Dear Ms. ▮▮:

As set forth in my letter to you, dated January 24, 2020, I accepted the Promotions Committee recommendation and determined that you should be dismissed from the Graduate School of Biomedical Sciences (GSBS) without eligibility for reenrollment.   On January 31, 2020 you submitted your request to the Provost to appeal your dismissal, and on April 10, 2020 the Provost, Dr. Alicia Monroe notified you of her support for the original decision to dismiss you from the GSBS.  **Accordingly, you will be dismissed from the GSBS effective April 17, 2020**, and a notation will be made in your transcript that you were dismissed for a reason other than an academic or financial reason.

Please be aware that the College provides mental health and counseling services to students. For additional information regarding the services available to you for the remainder of April, please call the Office of Student Services at (713) 798-8646 or email studentservices@bcm.edu.

The College does not take this decision lightly, and we realize that this outcome may be very difficult for you. Your student health insurance coverage will continue through the month of April. You have the opportunity to purchase an individual policy to provide coverage after that time, and can contact the College's HR-Benefits Office at 713-798-1500 if you have questions. Resources for purchasing an individual policy are also available at https://www.ehealthinsurance.com/  and www.healthcare.gov.  In addition, the College will provide you financial support in the amount of $1000 which should be sufficient for you to obtain two additional months of health insurance coverage to assist you with your transition.  This will be sent under separate cover.

If you have any questions regarding this notice, you may contact me directly.

Sincerely,

*Carolyn Smith*

Carolyn L Smith, PhD
Dean, Graduate School of Biomedical Sciences
William R. Brinkley BRASS Chair

Cc:     Alicia Monroe, MD, Provost
        Richard Finnell, PhD
        BVV Prasad, PhD