IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:22-CV-2416 |
| vs. | § | ---------------------------------------------- |
| | § | Jury Demanded |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| *Defendant.* | § | |

# ORDER OF MONICA GARCIA DEPOSITION
## WITH SUBPOENA DUCES TECUM

The deposition of Monica Garcia will take place before Judge _____ in his courtroom and the parties will continue to follow the protocols established by Judge Tanya Garrison's Confidentiality Order in producing documents to Plaintiff Doe.

Signed at Houston, Texas on _____, 2022.

_____
Lynn N. Hughes
United States District Judge