IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
|     *Plaintiff,* | § | |
| | § | CIVIL ACTION NO. 4:22-CV-2416 |
| vs. | § | --------------------------------- |
| | § | Jury Demanded |
| BAYLOR COLLEGE OF MEDICINE, | § | |
|     *Defendant.* | § | |

## SUPPLEMENTAL FILING OF EXHIBITS TO PLAINTIFF DOE'S MOTION FOR DEPOSITION

Attached below is a verified clean memory device (No Malware) containing Exhibits B and C to Plaintiff's Motion for Deposition.

ARMSTRONG & ASSOCIATES

By:     */s/ Jacqueline A. Armstrong*
       Jacqueline A. Armstrong
       State Bar No. 01329990
       SDTX Admission No. 10740
       440 Louisiana St. Ste 900
       Houston, Texas 77002
       Tel: 713-960-6646
       Fax: 713-766-5020
       jarmstrong@armstrongatlaw.com

**ATTORNEY FOR PLAINTIFF
JANE DOE**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the attached exhibits were served on defendant through its counsel on August 29, 2022 via the Court's electronic filing system and by the agreement reached as directed for the rescheduled Court conference now set for September 16, 2022.

       */s/ Jacqueline A. Armstrong*
       Jacqueline A. Armstrong

| UNITED STATES BANKRUPTCY COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

IN RE:

Jane Doe

V

Baylor College of Medicine

§
§
§
§
§

CASE NO. 4:22 cv 2416

Flash drive

_____

_____

_____

_____

_____

**DOCUMENT IS:**

☐ LOOSE IN FILE

☐ IN VAULT SEALED

☒ ~~IN BROWN~~ EXPANDABLE FOLDER

Green folder

INSTRUMENT #_____