IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JANE DOE, § | |
|     Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 4:22-CV-2416[1] |
| § | |
| BAYLOR COLLEGE OF MEDICINE, § | |
|     Defendant. § | |

## ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT

Before the Court is Defendant's Rule 12(b)(1) and 12(b)(6) Motion to Dismiss the Amended Complaint. Having considered the Motion, Plaintiff's Response, and any Replies,

IT IS ORDERED that Defendant's Motion to Dismiss the Amended Complaint is GRANTED. It is further ORDERED that Plaintiff's claims against Defendant are DISMISSED WITH PREJUDICE in their entirety.

Signed this _____ day of _____, 2022.

_____
HON. LYNN HUGHES
UNITED STATES DISTRICT JUDGE

---

[1] Consolidated with 4:22-cv-2444, which now also pends as 4:22-cv-2416.