# EXHIBIT 1

February 05, 2016



**ADAM KUSPA, PH.D.**
SVP and Dean of Research
Interim Dean, Graduate School
of Biomedical Sciences
Salih J. Wakil Professor of
Biochemistry & Molecular Biology
One Baylor Plaza - BCM-109
Houston, TX 77030-3498
Phone:    713-798-4032
E-mail: adam.kuspa@bcm.edu



Dear Redacted,

On the recommendation of The Graduate School Admissions Committee, I am pleased to offer you a position in our entering class of 2016 to pursue a Ph.D. in the Department of Molecular & Human Genetics. Your offer of admission includes a full tuition scholarship ($22,000) an annual stipend of $30,000, and student health insurance which includes both a Medical and Dental PPO plan. Please contact Judi Coleman (jcoleman@bcm.edu) of the Department of Molecular & Human Genetics if you have any questions or concerns.

From our review of your credentials, we are confident that you have the ability and determination to strive for the highest standards of personal professional achievement. We at BCM are committed to helping you achieve your professional goals.

Please complete the enclosed acknowledgment form and return it to the Graduate School Admissions Office at your earliest convenience. This offer is valid until April 15, 2016, but if you are able to make a decision sooner, we would appreciate your informing us. If you would like additional information in the course of making this important decision, please do not hesitate to telephone me or my staff at any time.

Baylor College of Medicine strives to provide reasonable accommodations to qualified students with disabilities in compliance with the Americans with Disabilities Act and the Rehabilitation Act (Policy 02.2.30). Accommodations or assistance for students with disabilities are available upon request. Students requesting accommodations should contact Mikiba Morehead, Student Disability Coordinator at Mikiba.Morehead@bcm.edu.

When you accept this offer of admission, we will also furnish further details regarding registration and enrollment. You also are required to attend a three day orientation session July 27, 28 and 29 prior to the beginning of classes on August 1, 2016.

On behalf of both our faculty and student body, I congratulate you on your acceptance to our school and look forward to your enrollment.

Sincerely yours,

Adam Kuspa, Ph.D.
Interim Dean, Graduate School of Biomedical Sciences

## The Graduate School of Biomedical Sciences at Baylor College of Medicine
## ACCEPTANCE ACKNOWLEDGMENT FORM

[X] I ACCEPT the appointment extended to me to enroll as a Graduate Student in the Graduate School of Biomedical Sciences at Baylor College of Medicine. I understand that this appointment is contingent upon my completion of the requirements stated below:

[X] I will receive all **REQUIRED INOCULATIONS**, and the documentation will be sent to the Office of Occupational Health office no later than June 22, 2016. All requirements can be found at http://www.bcm.edu/ohp/index.cfm?PMID=3491 I will also register as a new student at this site.

[X] I will have the **OFFICIAL TRANSCRIPT WHICH BEARS CONFIRMATION OF MY UNDERGRADUATE AND/OR MASTERS DEGREE** sent to the Graduate School directly from the degree granting institution. I understand that I cannot begin classes at Baylor until this final official transcript has been received.

[X] I will attend the required three day Graduate School **ORIENTATION SESSIONS** to be held on Wednesday, Thursday and Friday, July 27, 28 and 29, 2016. If I am an international student, I will also attend a processing session with the Office of International Services. Details of both sessions will be forthcoming.

[X] I will obtain a **SOCIAL SECURITY NUMBER** and will present the card to Baylor's Personnel Office on or before the first day of class. I understand that if I am unable to get a Social Security number prior to matriculation, I will apply for one at the nearest Social Security Office immediately upon arrival in Houston and the receipt received from them indicating a number has been requested, will be immediately presented to the Personnel Office and the Graduate School. I understand that I must have an original or certified copy of my BIRTH CERTIFICATE and ONE OTHER VALID IDENTIFICATION to apply for a Social Security Card. I also understand that if I do not obtain a number or receipt from the Social Security Office within 72 hours after I am put on payroll, I will not be eligible to receive a stipend from Baylor and all compensation will stop until completion of this requirement.

### ACCEPTANCE SIGNATURE

SIGNATURE: Redacted                      DATE: 2/16/16
NAME: Redacted       DATE OF BIRTH: Redacted

[ ] I DECLINE the appointment extended to me and I wish to withdraw my application.

SIGNATURE: _____    DATE: _____
NAME: Redacted       DATE OF BIRTH: _____

PLEASE RETURN THIS FORM TO: GRADUATE SCHOOL OF BIOMEDICAL SCIENCES
BAYLOR COLLEGE OF MEDICINE
ONE BAYLOR PLAZA, MS CODE 215
HOUSTON, TEXAS 77030-3498
Or
Fax to 713-798-6325