# EXHIBIT 2

### Graduate School of Biomedical Sciences

**Student Name:** Redacted  **Student ID:** Redacted
**Birth Date:** Redacted
**Date of Enrollment:** 08/01/2016

Dismissed from Graduate School of Biomedical Sciences-04/17/2020
Dismissed, effective April 17, 2020. Student ineligible to reenroll for a reason other than an academic or financial reason.

**DO NOT RELEASE THIS TRANSCRIPT TO THIRD PARTY WITHOUT STUDENT PERMISSION**

**Transcript Provided Solely for**

Redacted

| Date | Status |
|---|---|
| 09/30/2017 | On Leave |
| 08/01/2018 | Return from Leave |

**Dissertation-PhD**
Major: Biochemistry and Molecular Biology
Qualifying Exam: 05/21/2019 Pass
Admitted to Candidacy: 05/22/2019

Advisory Committee Appointed:

| Date | Role | Name |
|---|---|---|
| 10/25/2018 | Chair | Richard Finnell |
| 06/30/2017 | Member | Kimberley Tolias |
| 12/12/2018 | Member | Ming Zhou |
| 12/12/2018 | Member | Philip Lupo |
| 12/12/2018 | Member | Nicolas Young |
| 12/12/2018 | Member | Daniel Gorelick |

**Degree:** Bachelor of Science   06/13/2015
**College:** California State University-Los Angeles
**Majors:** Biochemistry

*** Graduate School of Biomedical Sciences ***

### Term: Fall 2016

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-GE | 402 | DIDAC | Introduction to Data Mining | 2.00 | A | |
| GS-GE | 468 | PRDEV | Student Research Seminars | 1.00 | P | |
| GS-GE | 468 | PRDEV | Student Research Seminars | 1.00 | P | |
| GS-GE | 549 | RSCH | Research Rotation | 3.00 | P | |
| GS-GE | 549 | RSCH | Research Rotation | 4.00 | P | |
| GS-GS | 501 | DIDAC | Organization of the Cell | 2.00 | B | |
| GS-GS | 502 | DIDAC | Molecular Methods | 3.00 | C | Repeat |
| GS-GS | 503 | DIDAC | Genetics A | 2.00 | B | |
| GS-GS | 504 | DIDAC | Genetics B | 2.00 | B | |
| GS-GS | 505 | DIDAC | Cell Division | 2.00 | B | |
| GS-GS | 523 | DIDAC | Method & Logic in Molecular Biology | 3.00 | P | |
| GS-GS | 528 | RCR | Responsible Conduct of Research - Year 1 | 1.00 | P | |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 26.00 | 26.00 |
| CUMULATIVE: | 26.00 | 23.00 |

### Term: Spring 2017

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-BC | 435 | RSCH | Special Projects | 12.00 | P | |
| GS-GE | 411 | DIDAC | Human Genetics | 3.00 | A | |
| GS-GE | 421 | DIDAC | Mammalian Genetics | 2.00 | A | |
| GS-GE | 466 | PRDEV | Seminar in Molecular & Human Genetics | 1.00 | P | |
| GS-GE | 466 | PRDEV | Seminar in Molecular & Human Genetics | 1.00 | P | |
| GS-GE | 468 | PRDEV | Student Research Seminars | 1.00 | P | |
| GS-GE | 468 | PRDEV | Student Research Seminars | 1.00 | P | |
| GS-GE | 549 | RSCH | Research Rotation | 5.00 | P | |
| GS-GE | 549 | RSCH | Research Rotation | 4.00 | P | |
| GS-GS | 509 | DIDAC | Gene Regulation | 3.00 | B | |
| GS-MB | 430 | DIDAC | Biology of Aging & Age Related Diseases | 3.00 | A | |
| GS-TB | 403 | DIDAC | Introduction to Biostatistics for Translational Researchers | 3.00 | A | |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 39.00 | 39.00 |
| CUMULATIVE: | 65.00 | 62.00 |

# STUDENT OFFICIAL TRANSCRIPT

### Graduate School of Biomedical Sciences

**Student Name :** Redacted
**Birth Date:** Redacted
**Date of Enrollment:** 08/01/2016

**Student ID:** Redacted

Dismissed from Graduate School of Biomedical Sciences-04/17/2020

Dismissed, effective April 17, 2020. Student ineligible to reenroll for a reason other than an academic or financial reason.

**DO NOT RELEASE THIS TRANSCRIPT TO THIRD PARTY WITHOUT STUDENT PERMISSION**

**Transcript Provided Solely for**

Redacted

\*\*\* Graduate School of Biomedical Sciences \*\*\*

### Term: Fall 2017

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-BC | 435 | RSCH | Special Projects | 8.00 | P | |
| GS-BC | 466 | PRDEV | Seminar in Biochemistry | 1.00 | P | |
| GS-BC | 466 | PRDEV | Seminar in Biochemistry | 1.00 | P | |
| GS-GS | 502 | DIDAC | Molecular Methods | 3.00 | B | |
| GS-GS | 529 | RCR | Responsible Conduct of Research - Year 2 | 0.50 | P | Repeat |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 13.50 | 13.50 |
| CUMULATIVE: | 78.50 | 75.00 |

### Term: Fall 2018

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-BC | 435 | RSCH | Special Projects | 11.00 | P | |
| GS-BC | 466 | PRDEV | Seminar in Biochemistry | 1.00 | P | |
| GS-BC | 549 | RSCH | Research Rotation | 12.00 | P | |
| GS-GS | 529 | RCR | Responsible Conduct of Research - Year 2 | 0.50 | P | |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 24.50 | 24.50 |
| CUMULATIVE: | 103.00 | 99.50 |

### Term: Spring 2019

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-BC | 435 | RSCH | Special Projects | 11.00 | P | |
| GS-BC | 435 | RSCH | Special Projects | 11.00 | P | |
| GS-BC | 466 | PRDEV | Seminar in Biochemistry | 1.00 | P | |
| GS-BC | 466 | PRDEV | Seminar in Biochemistry | 1.00 | P | |
| GS-BC | 550 | RSCH | Dissertation | 12.00 | P | |
| GS-GS | 530 | RCR | Responsible Conduct of Research – Year 3 | 0.50 | P | |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 36.50 | 36.50 |
| CUMULATIVE: | 139.50 | 136.00 |

### Term: Fall 2019

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-BC | 550 | RSCH | Dissertation | 11.00 | P | |
| GS-BC | 550 | RSCH | Dissertation | 11.00 | P | |
| GS-CP | 5100 | PRDEV | Student Research Seminar | 1.00 | P | |
| GS-CP | 5100 | PRDEV | Student Research Seminar | 1.00 | P | |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 24.00 | 24.00 |
| CUMULATIVE: | 163.50 | 160.00 |

### Term: Spring 2020

| Course Dept | Course Number | Course Type | Course Title | Credit Hours | Grade | Repeat |
|---|---|---|---|---|---|---|
| GS-BC | 550 | RSCH | Dissertation | 5.00 | P | |
| GS-CP | 5100 | PRDEV | Student Research Seminar | 1.00 | WD | |
| GS-GS | 5104 | RCR | Responsible Conduct of Research - Year 4 | 1.00 | WD | |

| | Attempted Hours | Earned Hours |
|---|---|---|
| TERM: | 5.00 | 5.00 |
| CUMULATIVE: | 168.50 | 165.00 |

\*\*\* Graduate School of Biomedical Sciences \*\*\*