# EXHIBIT 3

**Baylor College of Medicine**
GRADUATE SCHOOL OF BIOMEDICAL SCIENCES

CAROLYN L. SMITH, PhD
Dean
GRADUATE SCHOOL OF BIOMEDICAL SCIENCES

ONE BAYLOR PLAZA
SUITE N204, MS: BCM215
HOUSTON, TEXAS 77030

OFFICE: 713.798.7640
FAX:    713.798.6235
carolyns@bcm.edu

January 24, 2020

Redacted
Biochemistry Graduate Program

**Re:    Notice of Decision of GSBS Promotions Committee Regarding** Redacted

Dear Redacted:

As set forth in my letter to you, dated December 20, 2019, Ms. Leigh Knubley, Director, Employee Relations, and by Dr. Jennifer Christner, Dean School of Medicine, recommended that you be dismissed from the Graduate School of Biomedical Sciences based on findings of non-academic misconduct in violation Baylor College of Medicine policies. In particular, you were found to have provided False Statements during an investigation in violation of the Policy Regarding Harassment, Discrimination and Retaliation (02.2.25), and you were found to have engaged in Learner Mistreatment and Lapse of Professionalism in violation of the Respectful & Professional Learning Environment Policy (23.2.01).

In accordance with sections 6.8.2 and 6.11 of the GSBS Student Handbook, I referred this matter and the recommended sanctions to the GSBS Promotions Committee for their consideration of the disciplinary action of dismissal for non-academic reasons. You were provided notice of this referral and an opportunity to provide a written statement to the Promotions Committee. On January 22, 2020, the Promotions Committee met and issued a decision recommending that you be dismissed from the GSBS program without eligibility for reenrollment. **I have accepted the Promotions Committee recommendation and have determined that you should be dismissed from the GSBS program without eligibility for reenrollment.**

The College does not take this decision lightly, and we realize that this outcome may be very difficult for you. Please be aware that the College provides mental health and counseling services to students. For additional information regarding the services available to you, please call the Office of Student Services at (713) 798-8646 or email studentservices@bcm.edu.

At this point, you have three options regarding the dismissal decision.

First, you may withdraw from the GSBS by submitting a notice to withdraw in writing to me no later than January 27, 2020 at 12:00 p.m. (noon). You may submit the notice in person or by email to carolyns@bcm.edu. Due to recent changes in Texas law, the College is required to include on your transcript a notation stating that you are ineligible to reenroll for a reason other than an academic or financial reason. *See* Tex. Education Code § 51.9364. This recent law also provides that, upon the student's request, the College may remove the required notation from the student's transcript if the College determines that good cause exists to remove the notation. Accordingly, you may request removal of the notation from your transcript in your notice to withdraw. If, as part of your written notice to withdraw, you take full responsibility for your misconduct that resulted in this dismissal decision and acknowledge and apologize for the harm you have caused to ▇▇▇▇▇▇▇▇ and the College, the College may consider good cause to exist to remove the requisite notation from your transcript. The College reserves the right

to make a good cause determination based on the contents of your written statement acknowledging responsibility. If you withdraw, your withdrawal will be effective as of February 3, 2020, and your student health insurance coverage will continue through the month of February. In addition, upon your voluntary withdrawal, the College will provide you financial support sufficient to obtain two additional months of health insurance coverage to assist you with your transition.

Second, you may choose to appeal this dismissal decision pursuant to the College's appeal procedure set forth in the Student Appeals & Grievance Policy (23.1.08), which provides the exclusive appeal procedure for adverse actions arising out of non-academic student misconduct, lapse in professionalism, and mistreatment.[1] A copy of the Student Appeals & Grievance Policy is enclosed for your reference. You have seven calendar days from today to submit a request for final review in writing to the Office of the Provost, which you may submit in person or by email to Alicia.Monroe@bcm.edu. Accordingly, your written appeal must be submitted to the Office of the Provost no later than January 31, 2020. The process for the appeal is set forth in sections VI.G.3 and VI.G.4 of the Student Appeals & Grievance Policy. Please be aware that if you withdraw, you will not be able to also appeal the dismissal decision.

Third, you may do nothing in response to this notice of dismissal, in which case you will be dismissed from the GSBS effective February 3, 2020, and your insurance coverage will continue through the month of February. Upon your dismissal, the corresponding notation will be made in your transcript that you were dismissed for a reason other than an academic or financial reason. In addition, upon your dismissal, the College will provide you financial support sufficient to obtain two additional months of health insurance coverage to assist you with your transition.

Finally, I am hereby placing you on suspension pending a final outcome of this matter, as authorized by section 6.11.3 of the GSBS Policy Handbook. Until a final decision has been made, you are instructed not to come to campus, other than to deliver the notice to withdraw or notice of appeal, as discussed above. In addition, you are not to communicate with ███████ Dr. Finnell, or anyone else in the Finnell lab pending a final resolution of this matter.

If you have any questions regarding this notice or the options set forth above, you may contact me directly.

Sincerely,

*Carolyn Smith*

Carolyn L Smith, PhD
Dean, Graduate School of Biomedical Sciences
William R. Brinkley BRASS Chair

Cc:  Alicia Monroe, MD, Provost
     Richard Finnell, PhD
     BVV Prasad, PhD

Enclosure:  BCM Student Appeals & Grievance Policy (23.1.08)

---

[1] *See* Student Appeals & Grievance Policy (23.1.08), Section IV.D.iii.a. and VI.G.