# EXHIBIT 4

April 10, 2020

<span style="color:red">Redacted</span>
EthicsPoint Cases #1367
<span style="color:red">Redacted</span>

Re: Request for Appeal of Dismissal

Dear <span style="color:red">Redacted</span>,

After careful review of your request for appeal, the original decision to dismiss you from the Graduate School of Biomedical Sciences at Baylor College of Medicine, the records generated by the previous and current appeal, as well as your recent correspondence with me, I support the original decision to dismiss.

You have the opportunity to schedule a meeting with me if you have questions. You can contact my assistant Ms. Mae Reyes at Mae.Reyes@bcm.edu to schedule an appointment.

Sincerely,

*Alicia D.H. Monroe* (signature)

Alicia D.H. Monroe, M.D.
Provost, Senior Vice President
Academic and Faculty Affairs
Baylor College of Medicine

Cc: Carolyn Smith, Ph.D.
       Dean, Graduate School of Biomedical Sciences