# EXHIBIT 1

February 05, 2016



**ADAM KUSPA, PH.D.**
SVP and Dean of Research
Interim Dean, Graduate School
of Biomedical Sciences
Salih J. Wakil Professor of
Biochemistry & Molecular Biology
One Baylor Plaza - BCM-109
Houston, TX 77030-3498
Phone:   713-798-4032
E-mail: adam.kuspa@bcm.edu

Ms. ▮
2016 Bella Vista Ave.
Arcadia CA   91007

Dear Ms. ▮

On the recommendation of The Graduate School Admissions Committee, I am pleased to offer you a position in our entering class of 2016 to pursue a Ph.D. in the Department of Molecular & Human Genetics. Your offer of admission includes a full tuition scholarship ($22,000) an annual stipend of $30,000, and student health insurance which includes both a Medical and Dental PPO plan. Please contact Judi Coleman (jcoleman@bcm.edu) of the Department of Molecular & Human Genetics if you have any questions or concerns.

From our review of your credentials, we are confident that you have the ability and determination to strive for the highest standards of personal professional achievement. We at BCM are committed to helping you achieve your professional goals.

Please complete the enclosed acknowledgment form and return it to the Graduate School Admissions Office at your earliest convenience. This offer is valid until April 15, 2016, but if you are able to make a decision sooner, we would appreciate your informing us. If you would like additional information in the course of making this important decision, please do not hesitate to telephone me or my staff at any time.

Baylor College of Medicine strives to provide reasonable accommodations to qualified students with disabilities in compliance with the Americans with Disabilities Act and the Rehabilitation Act (Policy 02.2.30). Accommodations or assistance for students with disabilities are available upon request. Students requesting accommodations should contact Mikiba Morehead, Student Disability Coordinator at Mikiba.Morehead@bcm.edu.

When you accept this offer of admission, we will also furnish further details regarding registration and enrollment. You also are required to attend a three day orientation session July 27, 28 and 29 prior to the beginning of classes on August 1, 2016.

On behalf of both our faculty and student body, I congratulate you on your acceptance to our school and look forward to your enrollment.

Sincerely yours,

*Adam Kuspa*

Adam Kuspa, Ph.D.
Interim Dean, Graduate School of Biomedical Sciences

# EXHIBIT 1

BCM▮000303