# EXHIBIT 2

## Compact Between BCM Graduate Students and Their Mentors

*The student and mentor both agree to:*

- Ensure that a mutually agreed upon set of expectations are in place at the outset of the graduate student training period and are reviewed and revised periodically.
- Develop a research project that includes well-defined goals and timelines.
- Maintain a relationship that is based on trust and mutual respect.

*The mentor agrees to:*

- Provide my graduate student with guidance and mentoring and seek to improve my mentoring skills by participation in faculty development workshops and programs
- Provide a training environment that is suited to the individual needs of my graduate student in order to ensure personal and professional growth.
- Ensure that my graduate student has sufficient opportunities to acquire the skills necessary to become an expert in the chosen field of study.
- Provide my graduate student with regular feedback (at least once per month) on his/her performance and, in consultation with the thesis advisory committee, provide a formal written evaluation of my graduate student's progress at least twice annually.
- Ensure that the research performed by my graduate student is submitted for publication in a timely manner and that my graduate student receives appropriate credit for the work performed. I will also acknowledge the contribution of my graduate student to the development of any intellectual property.

*The student agrees to:*

- Perform my research conscientiously, maintain comprehensive research records, and catalog and store tangible research materials.
- Assume progressive responsibility and management of my research project(s) as it matures and stay abreast of the literature related to my field of research.
- Seek regular feedback (at least once per month) on my performance from my mentor and take responsibility for setting up meetings at which I will receive formal written and oral guidance and evaluation from my Thesis Advisory Committee at least twice annually.
- Work with my mentor to submit research results for publication in a timely manner.
- Leave behind all original notebooks, computerized files, and tangible research materials so that other individuals can carry on related research after I graduate.

*We agree with the overall goals of this compact*

*sign and return to the Graduate School of Biomedical Sciences Alkek N204.*

| | Printed Name | Signature | Date |
|---|---|---|---|
| Student | [redacted] | [redacted] | 10/25/18 |
| Mentor | RICHARD FINNELL | [signature] | 10/25/18 |

*This document is based on the Compact between Postdocs and their Mentors prepared by the National Postdoc Association and the AAMC.*

3

**EXHIBIT 2**

BCM[redacted] 000302