# EXHIBIT 5

1/8/2020 Respectful & Professional Learning Environment Policy: Standards for Student Conduct and College Oversight - Policies and Procedures

Case 4:22-cv-02416   Document 50-5   Filed on 07/18/23 in TXSD   Page 2 of 17

# BCM Policies and Procedures

Table of Contents | Return to Section

## 23.2.01 - Respectful & Professional Learning Environment Policy: Standards for Student Conduct and College Oversight

**Students & Learners: Learner Support**

Date: 01/31/2018

Last Update: 05/22/2018

Applies to: Faculty, Staff, Residents & Clinical Postdoctoral Fellows, Postdoctoral Fellows, Students

### I. Rationale

A. The Baylor College of Medicine (BCM) is committed to the values of integrity, respect, teamwork, innovation, and excellence, and requires all BCM Learners to practice these values consistently during the completion of requirements for educational progression and performance of scholarly and professional duties. Creating and sustaining an environment reflective of BCM values is the responsibility of every individual at BCM.
B. In accordance with relevant school, program, and institutional accreditation standards for school operation (see Section X, below), BCM promotes a culture of mutual respect between teacher and learner and works to ensure that the learning environment is free from conduct by faculty, staff, supervising residents, Learners, or others that could be reasonably interpreted as a Lapse in Professionalism or other conduct prohibited by BCM policies.
C. The purposes of this policy are to clearly describe:
   i. the standards for respectful and professional conduct in the BCM learning environment, and to provide notice to new and existing BCM students that compliance with these standards is necessary to adapt to the environment and perform according to expectations;
   ii. the mechanisms for Learners to report alleged lapses in professionalism exhibited by an Employee, Community member, or other Learner;
   iii. the obligations of BCM to:
       a. respond to allegations of unprofessional behavior,
       b. implement procedures for investigation and resolution of potential violations of this policy,
       c. identify positive and negative influences on the maintenance of professionalism standards, and
       d. develop and facilitate educational events and activities designed to increase compliance with professionalism standards and avoid inappropriate behaviors, such as mistreatment.
   iv. Potential penalties for noncompliant Employees and Learners;
   v. Procedures for investigation and resolution of potential violations of this and other related conduct policies by BCM Employees or Learners.

### II. Stakeholders Affected by this Policy

Compliance with this policy is mandatory for all BCM Community Members, Employees, and Learners.

### III. Definitions

**EXHIBIT 5**

1/8/2020 Respectful & Professional Learning Environment Policy: Standards for Student Conduct and College Oversight Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 3 of 17

(a) **BCM Community Members** refers to all current BCM patients, officers and board members, volunteers, and guests.
(b) **BCM Employees** refers to all faculty, staff (including course directors, clerkship directors, and attending physicians), residents, clinical fellows, and contractors, who receive employment compensation from BCM.
(c) **BCM Learners** refers to all students currently enrolled in any BCM school and degree-granting program, as well as postdoctoral and pre-doctoral trainees who are invited to complete time-limited learning experiences that are administered by designated BCM departments and that do not require enrollment.
(d) **Business Casual** attire may include but is not limited to: slacks, khakis, ankle pants, dress shirt or blouse; open-collar or polo shirt; tailored blazer or seasonal sport coat; tie or bowtie; a dress or skirt at knee-length or below; knit shirt or sweater; loafers or dress shoes that cover all or most of the foot (e.g., conservative walking shoes, dress shoes, oxfords, boots, flats, dress heels (e.g., mid-level heels or pumps), mules, clogs); other clothing sponsored by BCM or with a BCM logo; appropriate accessories based on the Learner's specific learning site/environment. Spaghetti strap and halter tops/dresses must be worn under another item of clothing, such as a jacket or sweater.
    i. Business Casual attire does not include: torn, dirty, or frayed clothing; jeans; tight, low-cut, or sheer clothing that exposes skin between the top and bottom layer of clothing; clothing that has logos (other than BCM), or words, terms, or pictures that may be offensive to a reasonable person (e.g., slurs, profanity, obscene images); sweatpants or exercise pants; midriff-baring tops, tank tops, tube tops, or strapless tops or dresses; short shorts or "hot pants"; mini-skirts or mini-dresses; deep slit skirts or dresses; slip dresses; form-fitting body suits; clothing that reveals underwear or undergarments; or flip-flops.
(e) **Casual** attire may include, but is not limited to: jeans, khakis, blouses, polo shirts, dresses or skirts, sweaters, sweatshirts, sweatpants, exercise pants, shorts, t-shirts (so long as the words, terms, or pictures would not be offensive to a reasonable person), sneakers; appropriate accessories based on the Learner's specific working location/environment.
    i. Casual attire does not include flip-flops or dirty clothing.
(f) **Intellectual Property**, as defined by the Policy on Patents and Other Intellectual Property (20.8.01), means inventions, know-how, trade secrets, technology, research data and notes, proprietary information, copyrightable or copyrighted works, trademarks, service marks and trade names, and related rights.
(g) **Lapse in Professionalism** refers to performance that is below the expectations of the Learner's school or program (as described in relevant school handbooks and other communications from the School Dean), or behavior that does not meet expectations for respect and professionalism established in school or institutional policies. At the discretion of the School Dean or Designee, such as a school or program promotions committee, a Lapse in Professionalism may result in corrective or adverse action against a Learner. A Lapse in Professionalism by an Employee or Community Member refers to performance that is below the expectations for respectful and professional behavior established by College policies (e.g., 02.2.25, 02.2.26, 02.5.39, 23.2.02).
(h) **PHI** means Protected Health Information, as defined by the Health Insurance Portability and Accountability Act of 1996 and associated federal regulations.
(i) **Plagiarism** refers to an act or practice of using or closely imitating the original ideas, opinions, thoughts, or language of another author without either prior authorization when required or proper credit and attribution to the original author.
(j) **Prohibited Substance**, as defined by BCM's Substance and Alcohol Abuse Policy (02.5.34), refers to any illegal drug, controlled substance, prescription drug, or an over-the-counter medicine that poses a risk of abuse or misuse that deviates from the prescribed or recommended dosage.
(k) A **Temporary Impairment** refers to medical conditions resulting in short-term physical incapacitation or significant limit on mobility or ability of a Learner to navigate the campus or complete physical tasks required by their education program for a definite period. Temporary Impairments are the following conditions _only_: bone fracture; ligament or muscle sprain, strain, or tear; and pregnancy-related complications. Temporary Impairments reported to the School Dean or Designee will be forwarded to the Disability Coordinator in the Office of Student Services for processing.
(l) This Policy adopts definitions provided in BCM's Policy Regarding Harassment, Discrimination, and Retaliation (02.2.25) for the following terms:
    i. **Discrimination**,
    ii. **Harassment**, and
    iii. **Retaliation**.

1/8/2020 Respectful & Professional Learning Environment Policy: Standards for Student Conduct and College Oversight - Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 4 of 17

 (m) This Policy adopts the following definitions provided in BCM's <u>Sexual Misconduct and Other Prohibited Conduct Policy (02.2.26)</u>:
  i. **Sexual Misconduct** (Non-consensual sexual contact or attempted contact), and
  ii. **Prohibited Conduct** – means Dating Violence, Domestic Violence, Sexual Assault, Sexual Exploitation, Sexual Harassment, Sexual Misconduct, and Stalking, as defined by 02.2.26.

## IV. Policy

**A. Professionalism: Expectations of BCM Learners**.
 i. <u>Academic Honesty & Integrity</u>. Consistent with school handbooks, plagiarism is prohibited. Learners are responsible for completing all assigned course work independently, unless specifically authorized to give or receive assistance by a designated administrator (e.g., a disability coordinator or instructor). Learners are prohibited from sharing answers to examinations, course assessments, assignments, or other coursework previously administered by a school, program, or department and must not accept the same from any other Learner or third-party, unless such sharing has been initiated or approved by the school or program (e.g., a Course Director or instructor). A deviation from these standards constitutes a violation of this policy that will be reviewed and resolved according to the appropriate procedure (e.g., academic misconduct or Lapse in Professionalism) described in the Student Appeals and Grievances Policy (23.1.08).
 ii. <u>Alcohol and Substances</u>.
  a. *Use*. Consistent with BCM's Substance and Alcohol Abuse Policy (02.5.34), the use, possession, distribution, dispensing, or sale of any Prohibited Substance in any facility owned, operated, or leased by BCM, and the consumption of alcohol in excess of the legal limit before attending BCM courses, clerkships, or other mandatory course activities, are prohibited. On reasonable suspicion of drug or alcohol use in violation of these standards, Learners may be required to submit to testing in order to remain in Good Academic Standing or to maintain enrollment. The Substance and Alcohol Abuse Policy (02.5.34) describes potential indicators of drug or alcohol use.
   1. *School of Medicine* (SOM students only): there is a safe harbor for students who self-report drug or alcohol use. Self-reporting acts to shield the student from disciplinary action in the event that the student proactively seeks assistance in managing drug or alcohol abuse that is likely to impact academic or professional performance or could pose a risk to the health or safety of others, provided that the student has not already been reported for alleged drug or alcohol use in violation of the Substance and Alcohol Abuse Policy (02.5.34).
 iii. <u>Arrest or Conviction</u>. This policy requires Learners to report *any* arrest or criminal conviction *except* misdemeanor traffic citations (e.g., a speeding or parking ticket), regardless of the jurisdiction (e.g., city, county, or state), to the School Dean or Designee within 5 business days of the arrest or adjudication. Failure to report an arrest or conviction in accordance with this policy is a Lapse in Professionalism. If the arrest or conviction is related to drug or alcohol, the Learner will be required to complete an approved drug or alcohol rehabilitation program and may be subject to other oversight requirements (e.g., testing or meeting fitness for duty requirements) to remain in Good Academic Standing or to maintain enrollment.
  a. *School of Health Professions (SHP)*: Learners should consult the SHP Handbook for additional reporting requirements (see <u>Section IX.B</u>).
 iv. <u>Culture of Mutual Respect and Professionalism</u>. As described in BCM handbooks and relevant policies, all Learners must conduct themselves in a courteous and professional manner when dealing with BCM Community Members, Employees, and other Learners. This expectation extends to verbal communication, physical behavior, and emotional transactions, including professional and personal relationships. Communication or behavior that falls below the BCM, school, or program's professionalism standards may be considered a violation of this policy.
  a. An alleged Lapse in Professionalism may constitute a simultaneous violation of not only this policy but also other institutional policies. If an alleged Lapse is also prohibited by another institutional policy and that policy provides an explicit procedure for either managing or resolving the alleged Lapse, then that policy

1/8/2020 Respectful & Professional Learning Environment Policy: Standards for Students and College Wide Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 5 of 17

governs the procedure for investigating, adjudicating, appealing, and managing grievances related to the alleged Lapse. (See Section IV.C, below).

b. Learners must adhere to all applicable conduct standards described in this and other BCM policies as well as in relevant school handbooks (see Section IX, below). Learners may be disciplined for specific policy violations as provided below (see Section IV.D).

c. An alleged Lapse in Professionalism may occur if a reasonable person would conclude that an individual's conduct is inconsistent with either BCM values (see Section I.A) or the core professionalism standards underpinning the institutional policies or generally accepted professional codes of conduct, even though the conduct may not violate a specific provision of this policy, professionalism standards described in a given school or program handbook, or provisions of a related conduct policy (see Section IX.B, below). An individual engaged in this type of unprofessional conduct may be subject to disciplinary action if warranted under the totality of the circumstances.

v. Dress Code. Learners must dress appropriately for all scheduled, routine, or expected education or training activities. The appropriate dress code is determined according to the designated educational setting or learning site. Learners must maintain a professional appearance while navigating between multiple settings and sites, as provided below. Failure to comply with standards described in this section may constitute a Lapse in Professionalism.

   a. *Identification Badges*. Consistent with the BCM Identification Badges Policy (13.5.00), all Learners must wear BCM or hospital identification badges in a visible location at all times during the business day. Other badges or items affixed to clothing (e.g., buttons or stickers) are generally prohibited unless supplied by BCM, an affiliate of BCM, or approved by BCM through a School Dean or the Office of Communications in accordance with a special event or initiative (e.g., the Match).

   b. *Clothing*. Any items of clothing that contain words or images that would be offensive to a reasonable person (e.g., swastikas, slurs, or crude jokes) are prohibited. Learners must dress in a manner that is appropriate for the learning environment, which may vary according to the specific setting in which the education or training is scheduled to occur, as described below:

      1. *Basic Sciences Research Setting/Activity* (e.g., research laboratories and similar spaces where patient care does not occur). Unless otherwise specified by the laboratory director, BCM Learners primarily engaged in basic sciences research or related activities will dress in Casual attire that conforms to all lab safety standards, best practices, and protocols specific to their departments or offices. This may include wearing a white lab coat if appropriate.

      2. *Classroom Setting/Activity* (e.g., non-clinical spaces where students customarily meet with faculty to receive instruction or learning). BCM Learners may dress in Casual attire when attending classes or participating in classroom activities where no patients are present (e.g., didactic lectures, small or large group sessions, or seminars). However, if Learners are on notice that a patient will be invited or present during a class, the proper dress code is Business Casual.

      3. *Clinical Setting/Activity*. In any setting or activity involving a real or simulated patient, only closed-toed shoes are permitted. Hospital scrubs will be worn in accordance with the accepted practices of the assigned learning or work area and must be cleaned and laundered as needed for a professional appearance and to maintain standards of cleanliness. Scrubs will generally be worn only in assigned areas, such as the Operating Room (OR), and must not be worn outside clinical settings. As a general rule, when outside ORs and other assigned areas (e.g., simulation labs), Learners will dress in Business Casual attire under a clean, pressed white lab coat.

      4. *Multiple Settings*. Learners who navigate between several settings in a given day should adhere to the most restrictive dress code in order to assure compliance in all settings. For example, a Learner who has to attend scheduled classes and complete clinic hours on the same day will dress in Business Casual clothing under a clean, pressed white lab coat in both areas, changing in and out of scrubs as necessary.

      5. *Exceptions*. Dress-code exceptions may be made for BCM sanctioned or sponsored special events or circumstances (e.g., Houston Livestock Show and Rodeo events). Learners will be notified of any applicable exceptions in

1/8/2020 Respectful & Professional Learning Environment Policy: Standards on Student Conduct and College Grievance Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 6 of 17

advance through the Office of the School Dean or Designee (e.g., Dean of Student Affairs).

    c. *Headgear*. Headgear (e.g., caps, hats, scarves, turbans, or veils) that does not have a religious or medical purpose is prohibited unless an exception is granted. Requests for accommodation will be decided on a case-by-case basis after consideration of the Learner's assigned activities and school or program setting (see Section VI). Learners need not request an accommodation to wear headgear for religious purposes (e.g., a yarmulke, hijab, or turban) or for medical necessity (e.g., cancer), but if wearing headgear poses a risk to patient safety or BCM operations, based on the Learner's assigned activities and education setting, then BCM reserves the right to place restrictions on headgear.

    d. *Tattoos*. Tattoos featuring any words, terms, or pictures that may be offensive to a reasonable person (e.g., slurs, profanity, or obscene images) must be covered throughout the business day. Requests for tattoo exceptions will be considered on a case-by-case basis and decided based on the Learner's assigned activities and school or program setting. Exceptions will be granted for religious accommodation purposes (e.g., religions practiced by Native Hawaiian and other Pacific Islanders).

vi. <u>Free Speech & Political Advocacy</u>. Behavior inconsistent with any of the requirements of this section may be considered a Lapse in Professionalism.

    a. *Classrooms and Activities*. Consistent with BCM's Academic Freedom Policy (02.2.01), academic freedom in discourse between teachers and Learners is essential to the pursuit of knowledge and other scholarly and research endeavors. The expression of personal opinions and ideas must clearly be presented as belonging to the individual and not attributed to BCM, regardless of the forum in which the statements are made (e.g., a BCM learning environment or other professional or public forum), unless the individual has been explicitly authorized to speak on BCM's behalf on a particular matter and in a specified forum. Discourse between and among Employees and Learners related to legislative or political issues must also be attributed to a specific individual rather than BCM, and BCM resources must not be used to engage in any legislative or political activities (e.g., using BCM email account to solicit campaign donations from colleagues).

    b. *Sponsorship of Events or Speakers*. Learners must complete the Notification of Special Event Form and submit the form to the Security Office via email (bcm-security@bcm.edu) well in advance of the event, as described in BCM's Event Planning Policy (18.2.02).

    c. *Approval of Speakers*. Consistent with BCM's Event Planning Policy: Special Events (18.2.02), no Learner may invite any elected representative, government official, foreign dignitary, or any staff person or subordinate of such a representative, official, or dignitary, to speak on the BCM campus or in any facility owned, operated, or leased by BCM without prior written approval from Office of Communications and Community Outreach (OCCO) and the School Dean or Designee. The OCCO's Media Relations department should be contacted by telephone (713-798-4710) for more information. OCCO's discretion to approve guest speakers is contingent on the event sponsor's ability to demonstrate that the purpose of the event is consistent with BCM's mission, vision, and values, with consideration given to whether the speaker's credentials and reputation make him/her an appropriate speaker to further BCM's mission, vision, and values. The School Dean or Designee will evaluate the proposed speaker by determining whether the speaker's credentials and reputation meet BCM's standards for professionalism applicable to all faculty Employees.

    d. *Event Costs.* Mandatory fees (e.g., security office personnel or housekeeping) may apply to an event, depending on the nature and location of the event or demographics of potential attendees (e.g., Learners, patients). Consult the Event Planning Policy (18.2.02) for more information.

vii. <u>Fundraising</u>. Learner fundraising efforts are governed by the Student/Trainee Fundraising Projects Policy (17.1.07), which requires Learners to contact the Office of Philanthropy and Alumni Relations (OPAR) for guidance and support before requesting approval from the appropriate School Dean or Designee (e.g., a Program Director) to solicit cash or in-kind contributions of $250 or more from individuals (e.g., Employees or Learners) or organizations. OPAR will review Learner fundraising projects for consistency with BCM's mission and the applicable laws of Texas. If inconsistent, the Learner will not be permitted to solicit BCM Learners or Employees for that charitable pursuit unless an exception applies

1/8/2020, Respectful & Professional Learning Environment Policy: Standards on Student Conduct and College Oversight - Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 7 of 17

viii. <u>Hygiene &Grooming</u>. All Learners are required to practice good personal hygiene and to avoid heavy body odors, heavy application of fragrances (i.e., perfumes, colognes, scented lotions, creams, or moisturizers), and the use of devices designed to release fragrances or scents into the ambient air. Heavy odor or fragrance is defined as an odor that can be detected in the proximity of the individual or odor-emitting device. This restriction is based on the fact that many BCM Learners, Employers, and Community Members have reportedly experienced allergies and various degrees of chemical sensitivity to odors while in confined spaces and during campus events.
   a. *Fingernails*. Fingernails must be kept short and clean. Although false nails and nail extensions are permitted in classroom settings (provided that they are a reasonable length), in accordance with infection control protocols, false nails and nail extensions are prohibited in all clinical settings.
   b. *Hair and Facial Hair*. All hair and facial hair must be neat and well-groomed. Hair must be pulled back or secured (e.g., into a ponytail) when necessary to avoid interference with assigned tasks.
   c. *Jewelry and Piercings*. All accessories must be appropriate for specific working or learning environment. Except pierced ears and noses, visible piercings must be removed during the business day unless the Learner requests and is granted a religious accommodation to wear the piercing while on duty (see Section VI.B). Other requests for piercing exceptions will be considered on a case-by-case basis and decided based on the education setting and nature of the request.
   d. *Makeup.* Makeup must be tasteful and appear professional and appropriate for the setting.

ix. <u>Social Media & Internet Use</u>. Consistent with the BCM Social Media Policy (02.5.38), BCM prohibits Learners from using any social-media platform or internet-based forum to engage in behavior that meets the definition of Harassment, Discrimination, Retaliation, or Prohibited Conduct, or is otherwise injurious to a person or entity. Any social media or online activity that violates these requirements may be classified as either non-academic misconduct or as a Lapse in Professionalism.

x. <u>Use of BCM-Owned Information</u>.
   a. *Intellectual Property*. As stated in the Policy on Patents and Other Intellectual Property (20.8.01), BCM Intellectual Property is the property of BCM, to be owned and controlled solely by BCM. All rights thereto are determined and administered by BCM, as provided in that Policy. As a condition of their enrollment or work at BCM, all Learners are obligated to assign and convey to BCM all BCM Intellectual Property developed by the Learner during their enrollment or work at BCM. Learners are prohibited from assigning or providing BCM Intellectual Property to any third party and are not entitled to retain any ownership or other right, title, or interest in BCM Intellectual Property. For more information on these requirements and potentially applicable exclusions (i.e., copyrightable works), consult the Policy on Patents and Other Intellectual Property (20.8.01).
   b. *PHI*. Learner dissemination of BCM patient PHI (e.g., case studies or de-identified images or photos), which faculty periodically provide for teaching purposes, is prohibited. BCM patient PHI may not be shared or disclosed by the Learner on any social-media platform or unsecured internet-based forum outside BCM (see 31.4.11 – Uses & Disclosures of PHI: Patient Photography, Video/Audio Recording, and Other Images), even if the faculty member who provided the PHI fails to mark it as "confidential" or fails to explicitly prohibit Learner sharing. Unauthorized sharing or dissemination of BCM patient PHI is a Lapse in Professionalism.

xi. <u>Use of BCM Resources</u>. Learner use of any BCM property or resources (including internet, computers or other hardware, telephones, or software) must adhere to all information technology program policies and security/access policies enforced by the Office of Information Technology (IT), including the Acceptable Use Policy (12.2.01) and Use of Copyrighted Materials (20.8.03). Learner may not violate any state or federal laws applicable to this use. Inappropriate use of BCM resources (e.g., illegal download of copyrighted material using BCM resources) may be regarded as a Lapse in Professionalism in violation of this policy, as well as a violation of one or more related IT policies. Potential violations of IT-related policies will be investigated and resolved administratively.
   a. *Personal Electronic Devices*. Use of devices such as phones, tablets, personal digital assistants (PDA), tablets, or laptops must also comply with standards described in

school handbooks and the following setting-specific requirements. Failure to comply is a Lapse in Professionalism, in violation of this policy:
1. *Clinic Areas*. Cellphone usage must be confined to break rooms, lunch rooms, offices, and non-clinical areas. If a Learner needs to step away from a clinical area to make an urgent personal phone call, the professor or attending physician must be notified. Ringtones or other notifications must be set to "silent" or "vibrate" during interactions with the public and during the provision of patient care.
2. *Virtual Networking*. Learners who wish to connect to BCM information systems or network resources (e.g., email or blackboard) from a personal mobile device (e.g., a phone or tablet), whether physically located on or off-campus, must comply with the Access Controls for Personal Mobile Devices Policy (12.2.22), which mandates use of a BCM-approved mobile device management system and prohibits establishment of automatic forwarding in efforts to enhance the effectiveness of data-security protocols designed to safeguard information owned by BCM.

**B. Options for Reporting Lapses in Professionalism Against Learners**.
  i. Informal Reporting Mechanisms.
     a. *Office of the Ombudsman*. Learners seeking an informal and confidential discussion of an alleged violation of this policy may consult the BCM Ombudsman. The Ombudsman is a confidential, neutral, independent and informal resource available to all BCM Community Members, Employees, and Learners. The BCM Ombudsman is available to provide confidential discussion of any BCM-related concerns, including alleged Lapses in Professionalism and other academic or administrative concerns. The Office also offers confidential dispute resolution of interpersonal conflicts and may facilitate resolution if other parties agree. If communications with the Ombudsman does not resolve the issue, the Ombudsman may provide information or advice regarding other reporting mechanisms to allow the Learner to pursue alternate pathways if desired.
        1. Consistent with the independence and neutrality of the Ombudsman and the confidential, informal nature of the process, communication to the Ombudsman does not constitute notice to BCM, and the Ombudsman is not authorized to receive notice of Lapses in Professionalism on behalf of BCM (see 32.1.01 - Office of the Ombudsman: Structure, Function, and Resources Policy).
        2. The Ombudsman will not notify the Learner's School Dean or Designee of any consultation, allegations or opinions discussed, and will not report them through the Integrity Hotline. To preserve the legal privilege held by the Office of the Ombudsman, Learners may not make, share, create, reproduce, or disseminate any recordings of communications with the Office of the Ombudsman/Ombudsman to any third-party, or otherwise recreate the communications in writing.
     b. *Any School Official* (Learner's choice). Learners have the discretion to contact a school or program mentor, trusted faculty member, course director, or dean of their choice (e.g., the dean of student affairs or School Dean) to initiate an informal discussion of an alleged violation of this policy. The chosen individual will provide consultation on available school or program-based methods to resolve the issues underlying the complaint internally. The chosen school official may recommend escalation of the matter through formal reporting mechanisms if appropriate, given the nature or severity of the complaint, or if required by another College policy (see Section IV.C, below). Before ending the consultation, the chosen school official must provide a description of logical next steps.
  ii. Formal Reporting Mechanisms.
     a. *Course Evaluation*. Learners who experience alleged Lapses in Professionalism in the educational setting (e.g., a lab, clinic, or classroom), during a course, or during interactions with a particular Employee involved in a course (i.e., faculty or staff) have discretion to report the allegations through the course evaluation. This mechanism offers relative anonymity, as only Course Directors have access to course evaluations, and only faculty members receive aggregate data (e.g., quantified responses) without the names of respondents. Depending on the nature or severity of the allegation, Course Directors may contact the reporter or other Learners to collect

1/8/2020, Respectful & Professional Learning Environment Policy: Standards for Student Conduct and College Oversight Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 9 of 17

additional information needed to investigate, address, or resolve the matter. Course Directors may communicate with reporters via email (and other Learners in the course, if appropriate) to provide notice of administrative activities or steps taken toward resolution. Course Directors must notify the School Dean or Designee of any allegations that could constitute a violation of this or other College policies. The School Dean or Designee has discretion to report the allegations through the Integrity Hotline or through direct consultation (i.e. verbal rather than written) with affected parties so long as the steps taken toward resolution are documented in writing.

b. *Integrity Hotline*. As described in the Student Appeals and Grievances Policy (23.1.08), Learners may report alleged violations of this policy through the Integrity Hotline either by calling the toll-free Hotline number (855-764-7292) or by accessing the Integrity Hotline website (www.bcm.ethicspoint.com). This reporting mechanism allows Learners the option to pursue anonymous complaints and maintain anonymity during the investigation. All reports made through this mechanism constitute official notice to BCM. All reports will be investigated and resolved to the extent possible, with consideration given to the Learner's preferred outcome as appropriate. For more information on resolving formal grievances, consult the Student Grievance Policy.

C. **Expectations for College Oversight**. Some specific Lapses in Professionalism are defined and described in other existing BCM policies. Allegations concerning the following activities will be monitored, investigated, and adjudicated as outlined below:

  i. Authorship-Credit Dispute Resolution. BCM's Policy on Authorship (02.9.40) establishes criteria for determining authorship credit and strongly encourages Learners and Employees to discuss the order of authorship and roles before beginning work. The policy declares that authorship disputes will be resolved among the authors with assistance from senior departmental administrators (e.g., a Chair or Center Director). If resolution is elusive, the ultimate determination will be made by the Provost. Unwillingness to award authorship credit validly earned is considered a Lapse in Professionalism in violation of this policy. The individual initiating the dispute bears the burden of proof. That individual must offer facts, documents, or other information supporting the truth of the claim. Learners who claim lack of authorship credit may file a professionalism grievance that will be resolved according to the procedure established in the Student Appeals and Grievances Policy (23.1.08).

  ii. Discrimination, Harassment, and Retaliation. Allegations of Harassment, Discrimination, or Retaliation are governed by the Policy Regarding Harassment, Discrimination, and Retaliation (02.2.25). Allegations will be investigated by the Office of Human Resources, which will issue findings and recommendations to the party responsible for supervising the individual who may have violated the policy (e.g., the Employee's supervisor or School Dean or Designee). That party will implement the recommendations, as well as take and document appropriate corrective or disciplinary action.

  iii. Fraud, Waste, Abuse, and Other Wrongdoing. BCM's Integrity Hotline Policy: Reporting Improper Activity and Wrongdoing (31.2.02) obligates Learners to promptly report any improper activity or wrongdoing, i.e., any activity that a Learner believes to violate any applicable law, rule, regulation, BCM policy, or policy of a BCM affiliated institution, or any other activity that is likely to negatively impact the reputation, mission, or values of BCM, to the School Dean or Designee or to the Integrity Hotline. This includes mandatory reporting of any suspected fraud, waste, or abuse of government resources, such as state and federal service grants and other sponsored research funds (see 31.2.03 – Prevention and Detection of Fraud, Waste and Abuse).

  iv. Learner Mistreatment.
      a. Consistent with BCM's Code of Conduct (31.1.01), BCM generally prohibits verbal Mistreatment (i.e., use of language that is rude, disrespectful, or demeaning), physical and emotional Mistreatment (i.e., behavior that is threatening or disruptive to the learning environment), and other forms of Mistreatment (e.g., making demands for personal services from an Employee). Other existing BCM policies explicitly describe and prohibit various types of physical and emotional Mistreatment.
      b. Because Mistreatment is intentionally defined broadly, alleged behavior constituting Mistreatment may result in simultaneous violation of multiple BCM policies. If the alleged Mistreatment would be prohibited by an institutional policy that explicitly describes one or more specific types of Mistreatment and provides procedures for

1/8/2020 Respectful Professional Learning Environment Policy: Standards for Students, Conduct, and College Oversight of Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 10 of 17

      resolution, then that policy will take precedence for purposes of investigation, adjudication, and prescription of appeal or grievance procedures, as appropriate:
1. Allegations of Harassment, Discrimination, and Retaliation shall be governed by the Policy Regarding Harassment, Discrimination and Retaliation (02.2.25).
2. Allegations of Sexual Misconduct or Other Prohibited Conduct shall be governed by the Sexual Misconduct and other Prohibited Conduct Policy (02.2.26).
3. All other allegations of Mistreatment will be governed by the Student Mistreatment Policy (23.2.02).

v. <u>Reasonable Accommodation</u>.
    a. *Breastfeeding*.
       1. Consistent with the Accommodations for Breastfeeding Mothers Policy (02.2.50), BCM actively supports Learners who breastfeed while continuing their program of study, by providing reasonable time and dedicated space to express breast milk during the school day for as long as the mother chooses to breastfeed. At least two weeks in advance of return to BCM following the birth of a child, Learners who plan to breastfeed must inform the School Dean or Designee (e.g., the Program Director or Dean of Student Affairs) of the need to express breast milk and for break times. Learners who wish to use the Mothers' Aid Stations on main campus must contact Employee Relations at 713 798-4346 or e-mail at dl-bcm-employeerelations@bcm.edu.Failure of a school or program to provide reasonable time for the Learner to express breastmilk may constitute Discrimination.
       2. The Texas Health and Safety Code (see § 165.002) states that Learners may breastfeed in any location in which the mother is authorized to be. Though Learners are not required to use Mother's Aid Stations when expressing breastmilk, Learners have no reasonable expectation of privacy if they choose to breastfeed in a public or semi-public space (e.g., a hallway or empty classroom). Although it is permissible for BCM Community Members, Employees, or Learners who observe a Learner breastfeeding in a public or semi-public space to request that the Learner use a blanket or other cover, it is also permissible for the Learner to refuse the request.
    b. *Medical Illness, Personal Events, and Temporary Impairments*. Requests for short-term accommodations related to academic requirements will be submitted to the School Dean or Designee for review and processing, as described below. Learners must justify requests for short-term accommodations by providing relevant supporting documentation (see Section VI.C). The School Dean or Designee has discretion to grant reasonable, time-limited accommodations for Learners who may be experiencing a mild medical illness, personal event, or Temporary Impairment that interferes with the Learner's present ability to complete school or program assignments or tasks on or before an impending deadline. Examples of short-term accommodations that may be granted by the Dean or Designee include, but are not limited to, extending an assignment due date; postponing or rescheduling an exam; permitting the Learner to makeup missed work or complete an alternative assessment; or excusing an absence that is less than 72 hours in duration. Employees who refuse to comply with approved short-term accommodations may be subject to corrective action.
       1. *Medical Illness* - Short-term accommodations may be granted for illnesses that have a projected and actual duration of less than six months, i.e., a transitory illness, such as mild test-taking anxiety or influenza virus. Short-term accommodations for mild medical illnesses will be requested and processed in accordance with Section VI.C.ii (below).
       2. *Personal Events* – Depending on the circumstances, short-term accommodations may be granted for major life events that unduly impact the Learner's equilibrium or well-being and occur close in time to the deadline for completing an academic requirement (e.g., on the same day), including but not limited to: the death of a family member or close friend; serious injury or illness to a family member or close friend; birth of a child; car or other accident; housing issues (e.g., flood or eviction); dangerous weather conditions; or other conditions or occurrences that the School Dean or

1/8/2020 Respectful Professional Learning Environment Policy: Standards for Student Conduct and College Oversight, Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 11 of 17

      Designee deems appropriate. Short-term accommodations for personal events must be requested and processed in accordance with Section VI.C.iii (below).
3. *Temporary Impairments* - Temporary Impairments reported to the School Dean or Designee will be forwarded to the Disability Coordinator in the Office of Student Services for processing as provided in Section VI.C.iv (below).
4. *Referrals* – Notwithstanding the foregoing, in the event that the Learner's medical condition or Temporary Impairment increases in severity, or circumstances indicate that the short-term accommodations requested or granted are insufficient to meet the Learner's needs, the School Dean or Designee may refer the Learner to the Wellness Intervention Team in the Office of Student Services or the Disability Coordinator for further evaluation.

  c. *Disability Accommodation*. The Student Disability Policy (23.1.07) governs disability accommodation requests and procedures for resolution and appeal, as provided in Section VI.C.v (below). In the event that a student's illness is projected to extend beyond six months, the student will be referred to the Disability Coordinator for further assessment or services. The School Dean or Designee does not evaluate or process disability accommodation requests.

  d. *Religion*. Learners seeking religious exemption from this Policy's dress code, hygiene, tattoo or piercing regulations, or any other BCM, school, or program requirement (e.g., time to pray or leave from class or activity for religious observance, or religious attire other than headgear), as established by other institutional policies or school handbooks, must complete the Religious Accommodation Request Form (see Section VIII, below) and submit it to the appropriate School Dean or Designee (e.g., the Dean of Student Affairs or Program Director), as indicated on the Form.

vi. <u>Student Privacy</u>. Consistent with the Student Records Policy (23.1.06) and the Family Educational Rights and Privacy Act (FERPA), BCM will share education records only among BCM offices and will make disclosures to third parties only in accordance with FERPA, i.e., pursuant to the written consent of the student when required. BCM may make nonconsensual disclosures as provided in Frequently Asked Questions: Sharing Student Information (see Section VIII, below).

vii. <u>Other Lapses in Professionalism</u>. Consistent with the Student Appeals and Grievances Policy (23.1.08) and school handbooks, other alleged Lapses in Professionalism by or against Learners that may constitute a violation of this policy will be reviewed by the appropriate School Dean or Designee (i.e., the school or program promotions committee), and resolved according to the procedure described therein (see 23.1.08, Section VI.E).

**D. Penalties for Noncompliance.**

 i. <u>Learners</u>.
  a. Consistent with the Student Appeals and Grievances Policy (23.1.08) and school handbooks, all alleged Lapses in Professionalism committed by Learners will be reviewed and determined by the appropriate School Dean or Designee (i.e., the school or program promotions committee).
  b. A finding of behavior inconsistent with any expectation for Professionalism described by this or other related policies may result in corrective action (e.g., a warning) or adverse action against the Learner (e.g., probation or dismissal).

 ii. <u>Employees</u>.
  a. *Faculty & Staff*. Consistent with the Student Appeals and Grievances Policy (23.1.08), alleged Lapses in Professionalism against a Learner will be investigated to the extent possible by the School Dean or Designee, with assistance from the Office of Human Resources if necessary, and referred to the faculty or staff member's supervisor for resolution. The supervisor will determine whether the alleged behavior violates the Professional and Respectful Work Environment Policy (02.5.39) after considering information, documentation, or recommendations (i.e., corrective or disciplinary action necessary to avoid future Learner Mistreatment or Lapses in Professionalism) from the School Dean or Designee. If a violation is found, the supervisor will implement appropriate action as required by that policy.
    1. *Additional Considerations for Faculty Only*. Consistent with the Professionalism in Education Policy: Standards for Faculty (29.1.02), upon recommendation of the School Dean or Designee, serious allegations of Mistreatment and Lapses in Professionalism against Learners will be referred to the Office of the Provost. The School Dean or Designee has discretion to determine the severity of

> alleged violations of this policy on a case-by-case basis. The Provost or Designee will review the allegations, oversee investigation and resolution of the matter (if necessary), and may require direct supervisors (e.g., Department Chairs) to implement corrective or disciplinary action, (i.e., actions necessary to avoid breaches of the school or program's teacher/Learner compact or BCM policy applicable to faculty conduct).
>
> b. *Residents & Clinical Fellows*. Alleged Mistreatment or Lapses in Professionalism against a Learner will be referred to the Office of Graduate Medical Education (GME), which will collaborate with the involved clinical department's Program Director and clinical competency committee to investigate and resolve the matter. This may result in adverse action to the resident or fellow as provided in the [GME Policy on Adverse Action: Definition and Principles (27.6.1)](#).

iii. <u>Community Members</u>. Alleged Mistreatment or Lapses in Professionalism against a Learner will be referred to the Office of the General Counsel, which will work with Risk Management Department as appropriate (i.e., if there is patient involvement) to investigate and resolve allegations in a manner consistent with BCM's values and the expectations of Community Members.

**E. Identifying Trends in Professionalism and Mistreatment**.

    i. The Office of Compliance & Audit Services (OCAS) is responsible for conducting quarterly audits of the Integrity Hotline to gather data regarding alleged Lapses in Professionalism at BCM. This includes all grievances filed by and against Learners. After the conclusion of the fourth quarter, OCAS will forward the annual results to the Office of the Provost for review and analysis.

    ii. The Office of the Provost is responsible for:
        a. reviewing and analyzing the results of annual Mistreatment and professionalism grievance audits, including complaints filed by and against Learners, to identify trends and needs for institutional improvement specific to Learners or Employees;
        b. conducting a Learner Mistreatment Survey at least once per year, designed to capture Learner perception of alleged Discrimination, Harassment, Retaliation, and other Mistreatment by Employees and other Learners, and to analyze the results;
        c. assess whether annual survey results indicate underreporting of Mistreatment or Lapses in Professionalism, in consideration of the frequency of grievance reporting indicated by the annual OCAS audit;
        d. Determine any dependencies or countervailing concerns affecting the manifestation of trends, and formulate an action or strategic plan if appropriate to decrease the frequency of prohibited or undesirable behaviors for targeted groups of Learners or Employees.

**F. Facilitating Compliance with Professionalism Standards & Avoiding Mistreatment**.

    i. <u>Office of the Provost</u>. The Office of the Provost is responsible for notifying School Deans, the Director of the Center for Professionalism, and other relevant administrative personnel of identified trends in professionalism for the purpose of facilitating awareness of cultural issues that may be specific to a school or program, and to highlight matters of broad institutional importance in need of remediation.
        a. *Informal notice*. This notice may be given and discussed informally through meetings of the Provost's Cabinet, which includes all School Deans, Associate Provosts, and other individuals responsible for implementing mission-driven curriculum and other BCM education aims. The Provost's Cabinet will be informed of Mistreatment Survey results and discuss grievance trends at least once per academic year.
        b. *Formal notice*. Formal notice of professionalism trends specific to a school or program that require immediate attention will be delivered in writing, email, and the School Dean or Designee must respond with a written plan to address the issues within 60 business days of receipt.

    ii. <u>Center for Professionalism</u>. The BCM Center for Professionalism was created to support and sustain a culture of heightened professionalism and integrity among all members of the BCM community. The center offers programs tailored to specific audiences and are designed to enhance the quality of education, medical care, patient satisfaction, and scientific advances.
        a. *Faculty/staff*. Led by its Director, the Center for Professionalism targets faculty and staff by sponsoring professionalism lectures during Grand Rounds at all BCM-affiliated hospitals, during which the Director or other speakers presents on various

  professionalism issues impacting the medical profession as well as Employees and Learners at BCM. The Director is available to schedule presentations on request and is frequently asked to appear at Continuing Medical Education workshops and orientations for new residents and faculty. The Center also sponsors a monthly "Profiles in Professionalism Speaker Series" for faculty and staff. A speaker is invited to the BCM campus to lecture on issues such as methods to improve patient and colleague communication, resilience, empathy, or work-life balance;

  b. *Residents & Clinical Fellows*. Any offerings open to faculty or staff are also open to residents and clinical fellows. Additionally, the Center offers a Professionalism Breakfast, open to all residents in each department and held on the Program Director's request, which features a series of small-group activities (e.g., realistic clinical case vignettes) that allow department residents to gauge their personal comfort and familiarity with identifying and addressing professionalism issues.

  c. *Learners*. The Center sponsors a monthly "Profiles in Professionalism Speaker Series" specifically for Learners, which is scheduled to allow for maximum participation (e.g., at lunchtime). The Center also offers Learners the opportunity to apply for professionalism mini-grants, which are funds earmarked by the Center to facilitate scholarly collaboration between faculty and Learners related to professionalism issues.

 iii. Office of Institutional Diversity, Inclusion and Equity. The Center for Professionalism works collaboratively with the Office of Institutional Diversity, Inclusion and Equity to develop learning opportunities that stimulate professional communication and collaboration between teachers and Learners. Sponsorship and hosting of events in intimate casual settings such as "Taco Tuesday for Teachers," where Learners and junior faculty from all BCM schools are invited to meet with senior faculty to discuss potential career paths, fosters greater familiarity, respect, and trust between teachers and learners and creates opportunities for scholarly collaboration. The "Compassionate Conversation Series" is another venue where Learners and faculty are invited to discuss relevant social justice and equity issues that impact the local Houston community as well as the BCM learning environment.

## V. Responsibilities

Each School Dean or Designee is responsible for receiving, investigating, and working to resolve reports of alleged Lapses in Professionalism and Mistreatment against Learners, and overseeing the completion of these activities pursuant to BCM policies. The Office of Compliance & Audit Services is responsible for monitoring grievances and appeals submitted through the BCM Integrity Hotline, and for triaging investigation and resolution of grievances and appeals, as provided in the Student Appeals and Grievances Policy (23.1.08).

## VI. Procedures for Implementation and Review

 A. Disciplinary Action.
  i. Unless otherwise provided in Section IV.C, alleged violations of this policy will be investigated and resolved by the appropriate School Dean or Designee, as established in the Student Appeals and Grievances Policy (23.1.08).

 B. Religious Accommodations.
  i. Evaluation. The recipient will review the Form and may contact the requestor or relevant administrators (e.g., a Course Director or professor) to gather additional information before making a determination, if needed. Requests for religious or medical accommodations may be denied in the event of undue hardship to BCM and its operations (e.g., risk to patient or Learner safety or fundamental alteration of program or curriculum requirements). If the Dean or Designee or other relevant administrators assert that the accommodation poses an undue hardship to the school or program or its operation (e.g., conflicts with applicable accreditation standards), the assertion must be based on reasonable grounds (e.g., best practices or specific hardship to the program) and documented in writing. The School Dean or Designee is responsible for consulting with the Office of the General Counsel to work to resolve the matter in accordance with applicable laws and College policies.

- ii. <u>Notice of Decision</u>. The Dean or Designee will provide notice of the decision to the Learner via email, with copy to the administrators responsible for implementation if the request is granted.
- iii. <u>Documentation</u>. The Dean or Designee will add a copy of the completed Form and the Dean or Designee's written notice of the decision to the Learner's administrative record.

C. Requesting Accommodations.
  i. <u>Confidentiality</u>. BCM strives to maintain the confidentiality of medical information shared by Learners, and will share medical information only with administrators who have a role in evaluating or effectuating requests for medical accommodation. These administrators may include a Learner's School Dean or Designee, Occupational Health Program personnel, the Wellness Intervention Team in the Office of Student Services, or the Disability Coordinator, as outlined below.
  ii. <u>Short-Term Accommodations: Medical Illness</u>.
      a. *Request by Physician's Letter*. Learners seeking short-term accommodations related to academic requirements, i.e., accommodations for short-term medical illnesses that are less than six months in duration, must submit a signed letter from the licensed treating medical professional (e.g., M.D.; A.P.R.N.; or P.A.).
      b. The licensed professional's letter should not include any information that would violate the Learner's HIPAA privacy rights or the professional's duty of confidentiality (e.g., as to diagnosis or medication prescribed). In order to provide the necessary context for exemptions from specific academic requirements and to determine the appropriate duration of any exemptions, the physician or clinician's letter must include:
          1. a statement that the Learner has been seen by the physician or clinician,
          2. the date of the last office visit, and
          3. a description or list of limits on the Learner's ability to perform or complete specific academic tasks, or the need for an exemption based on a medical reason; and
          4. the time period for the limitations.
      c. For example, a professional's letter might read: "I am writing this letter at the request and on behalf of John Doe. Mr. Doe is currently a patient under my care, and was last seen on [date]. Based on my assessment, Mr. Doe currently appears stable and able to return to his education program. His continued ability to remain at school with respect to his medical condition requires restrictions on the following activities [e.g., standing for longer than 30 minutes at a time] or delay engaging in the following academic tasks or activities [e.g., exam, note-taking] for approximately [duration, e.g., six weeks]."
      d. *Submission of Requests*. The licensed professional's office must submit the letter directly, via email, fax, or U.S. mail, to the School Dean or Designee as indicated below (see Table 1, Section VIII). Letters hand-delivered by Learners will not be accepted.
      e. *Evaluation*. A School Dean or Designee will grant a request for short-term accommodation so long as:
          1. the physician or clinician's letter currently treating the Learner demonstrates that the accommodation is medically necessary,
          2. the requested accommodation has an actual or expected duration of six months or less, and
          3. is reasonable under the circumstances, i.e., consistent with applicable accreditation requirements (e.g., length of training) and does not pose undue hardship to the program.
      f. *Notice of Decision*. The School Dean or Designee will provide written notice of the decision to the Learner via email, and notify that any faculty or staff responsible for implementing the accommodations. Any implementation issues must be promptly reported to the office of the Dean or Designee.
  iii. <u>Short-Term Accommodations: Personal Events</u>.
      a. *Contact the School Dean or Designee to Report the Event*. While Learners are not required to divulge irrelevant personal information, they may be required to share personal information relevant to the basis of the request (e.g., housing issues). The Learner must contact the Dean or Designee by email or phone to clearly indicate the basis for the requested accommodation and describe the scope of the request (e.g., reschedule a specific exam).

1/8/2020, Respectful Professional Learning Environment Policy: Standards for Student Conduct and College Oversight, Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 15 of 17

b. *Provide Necessary Documentation*. The School Dean or Designee will respond to the request as soon as practicable, and has discretion to request any relevant documentation needed to verify the nature of the personal event on which the Learner has based the accommodation request. The School Dean or Designee will indicate what (if any) documentation is necessary in the initial response to the Learner's request, whether via email or phone. For example, a Learner requesting accommodation based on an alleged car accident may need to provide a copy of the accident report or insurance claim, while a Learner requesting accommodation for a housing issue like eviction would be asked to provide a copy or photo of the eviction notice.

c. *Schedule a Follow-up Meeting with School Dean or Designee*. The purpose of this meeting is to establish reasonable scheduling and/or deadlines for completion of any missed work or academic requirements. If the Learner fails to complete missed work or requirements according to the agreed upon schedule or deadline, he or she may be subject to a Lapse in Professionalism.

iv. <u>Short-Term Accommodations: Temporary Impairments</u>. Learners must immediately report Temporary Impairments to the School Dean or Designee, who will inform the Disability Coordinator. The coordinator will contact all Learners requesting such accommodations. The Disability Coordinator has a need to access the Learner's HIPAA-protected health information in order to determine what accommodations are due to the Learner or to justify provision of specific accommodations as medically necessary. This procedure typically involves direct communication with the Learner and any licensed medical professionals treating the student, but the Coordinator has discretion to determine necessary steps on a case-by-case basis, and has further discretion to determine the duration of the accommodation based on available information and documentation. The Coordinator may interview the Learner, request that the Learner provide additional medical information and/or request documentation of the Temporary Impairment from one or more licensed professionals.

v. <u>Long-Term Illness/Accommodation: Disability</u>. Learners seeking accommodations based on a documented disability (i.e., a physical or mental impairment that lasts longer than six months and substantially limits one or more major life activities) must follow the procedure described in the Student Disability Policy (23.1.07). Enrolled Learners must initiate a disability-related request for reasonable accommodation or modification no less than 30 business days before the start of the course for which accommodation is requested. Requests received less than 30 days before the course begins will be reviewed in line with other requests, which may delay implementation of any approved accommodation or modification.

## VII. Stakeholder Compliance

Learners are responsible for reporting violations of this policy, whether by Community Members, Employees, or other Learners. Learners are also responsible for requesting accommodations as provided in this policy.

## VIII. Tools

A. **Table 1: Short-Term Accommodation Requests**. Students may contact any of the following school officials to discuss their request; this list is subject to change without prior notice:

| BCM School | School/Program Contact Info |
| --- | --- |
| **Graduate School of Biomedical Sciences** students may contact any of the following persons via email or phone. | — Snr. Associate Dean of Graduate Education and Academic Program Development at: carolyns@bcm.edu or GSBS-Help@bcm.edu |
| **School of Health Professions** students | — DNP Program-Nurse Anesthesia: ext. |

1/8/2020 Respectful Professional Learning Environment Policy: Standards for Student Conduct and College Oversight of Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 16 of 17

| | |
|---|---|
| should direct program-specific requests to their Program Director via email or phone. Alternatively, SHP students may contact the SHP Dean. | 88645;<br>— Genetic Counseling: ext. 84569;<br>— Orthotics and Prosthetics: ext. 83093;<br>— Physician Assistant Program: ext. 85405;<br>— Dean, SHP: ext. 84613. |
| **School of Medicine** students should contact the Associate Dean of Student Affairs using their preferred method. | — Office of Student Affairs, ext. 84600, or<br>— email the office at stuaff@bcm.edu. |
| **National School of Tropical Medicine** students should contact the Assistant Dean for Education and Student Affairs using their preferred method. | — via phone, ext. 82211; or<br>— via email, antonie.rice@bcm.edu or tiu@bcm.edu |

B. **Institutional Documents**.
   o BCM Statement of Student Rights
   o Faculty, Staff, and Learner Advocacy Guidelines (issued by the BCM Office of the General Counsel)
   o Frequently Asked Questions: Student Information Sharing
   o Religious Accommodation - Student Request Form

C. **External Documents/Information**.
   o Physician in Training Permit Holder's Report Form (used by Learners who must self-report an arrest, criminal charge, or conviction)
   o Program Director's Report Form (used by Program Directors to report Physicians in Training who are placed on adverse action and/or experience an arrest or conviction after beginning the training program)
   o Houston Chronicle: Types of Business Attire

# IX. Related Policies

A. **Institutional Policies Related to Student Conduct** (non-exhaustive list)
   · 02.2.25 – Policy Regarding Harassment, Discrimination and Retaliation
   · 02.2.26 – Sexual Misconduct and Other Prohibited Conduct Policy
   · 02.5.34 – Substance and Alcohol Abuse
   · 02.5.38 – Social Media Policy
   · 02.9.40 – Policy on Authorship
   · 12.2.01 – Acceptable Use Policy
   · 17.1.07 – Student/Trainee Fundraising Projects
   · 18.2.02 – Event Planning: Special Events
   · 18.1.04 – Influenza Vaccination Policy
   · 18.2.01 – Weapons and Firearms on Campus Policy
   · 20.8.03 – Use of Copyrighted Materials
   · 23.1.02 – Student Financial Aid Policy
   · 23.1.08 – Student Appeals and Grievances Policy
   · 23.2.02 – Learner Mistreatment Policy
   · 31.1.01 – Code of Conduct
   · 31.2.02 – Integrity Hotline Policy: Reporting Improper Activity or Wrongdoing
   · 32.1.01 – Office of the Ombudsman: Structure, Function, and Resources

B. **Academic Progress & Other Conduct Requirements from School Policies & Handbooks**
   School of Medicine Handbook

1/8/2020 Respectful & Professional Learning Environment Policy: Standards for Student Conduct and College Oversight / Policies and Procedures

Case 4:22-cv-02416 Document 50-5 Filed on 07/18/23 in TXSD Page 17 of 17

- o 28.1.05 - Student Progression and Adverse Action Policy
- o Conduct: Academic and Non-Academic (e.g., general rules; disorderly assembly, professional conduct; falsification of college records)
· Graduate School of Biomedical Sciences (Ph.D Program Handbook)
· School of Health Professions Handbook
    - o Doctor of Nursing Practice-Nurse Anesthesia Student Manual
· National School of Tropical Medicine Handbook

## X. Applicable Laws, Regulations & Standards

A. **Laws & Regulations**.
  · Texas Medical Board: Physician-in-Training Permit Overview
  · Texas Nursing Practice Act
  · Texas Board of Nursing Rules & Regulations

B. **Institution & School Accreditation Standards**.
  · Accreditation Council for Graduate Medical Education (ACGME): Common Program Requirements
  · Liaison Committee on Medical Education (LCME): Functions and Structure of a Medical School (AY 2018-2019)
      o Standard 3; Standard 3.5 (Learning Environment/Professionalism)
  · Southern Association of Colleges and Schools Commission on Colleges (SACSCOC): Resource Manual for the Principles of Accreditation
      o Comprehensive Standard (CS) 3.4.5 (Academic policies); CS 3.9.1 (Student rights); CS 4.5, and CS 3.11.2.

C. **Program Requirements**.
  · Accreditation Review Commission on Education for the Physician Assistant, Inc. (ARC-PA)
  · Council on Accreditation (COA) of Nurse Anesthesia Educational Programs
  · American Society of Tropical Medicine and Hygiene (ASTMH)
  · Commission on Accreditation of Allied Health Programs (CAAHEP)
  · National Commission on Prosthetic and Orthotic Education (NCOPE)
  · Accrediting Council for Continuing Medical Education (ACCME)
  · Accreditation Council for Genetic Counseling (ACGC)