

Jacqueline Armstrong
Main (713) 960-6646
Fax  (713) 766-5020
jarmstrong@armstrongatlaw.com
www.armstrongatlaw.com

January 25, 2025

## NOTIFICATION BY PLAINTIFF OF INTENT TO SEEK ADMISSION OF EVIDENCE

Hon. Peter Bray
United States District Magistrate Judge
Southern District of Texas

  RE: Civil Action No. 4:22-CV-2416; Jane Doe v. Baylor College of Medicine

Dear Magistrate Judge Bray:

  This litigation is burdened by an inordinate number of exhibits, numbering well in excess of 250, that is highly unusual for this kind of sexual harassment/assault case. The circumstances of an elaborate Title IX process that precipitated my client's dismissal from Baylor explains its complexity and the expense undertaken by both parties. Communications between key players in Baylor's administration produced many emails and correspondence that will be offered into evidence by Plaintiff at trial.

  Pursuant to your request for letters prior to filing any additional motions, I am notifying the Court that I intend to file a motion in limine for admission of exhibits into evidence once Defendant's counsel responds to my request for stipulation, sent on today's date. There are 101 exhibits for which Plaintiff has requested a stipulation from Defendant, presented with citations for each from deposition transcripts in which counsel painstakingly laid foundations. I requested response by end of next week but will agree to a reasonable extension if asked. Ultimately, I believe this will streamline the trial going forward.

  Should the Court want to set a deadline or filing date for this motion in limine, please advise. Thank you for your time and consideration.

    Respectfully,

    *Jacqueline Armstrong*

    Jacqueline A. Armstrong