United States District Court
Southern District of Texas
**ENTERED**
September 16, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANE DOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:22-CV-02416 |
| | § | |
| BAYLOR COLLEGE OF MEDICINE, | § | |
| | § | |
| Defendant. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 7, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Peter Bray. (Dkt. No. 154). Judge Bray made findings and conclusions and recommended that Defendant's Motion for Summary Judgment, (Dkt. No. 74), be granted, and Plaintiff's Sealed Motion for Leave to Amend Complaint, (Dkt. No. 148), be denied. Judge Bray also recommended that all of Doe's remaining claims against Baylor College of Medicine be dismissed with prejudice. (Dkt. No. 154 at 26).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). On September 8, 2025, Plaintiff Jane Doe filed five objections. (Dkt. No. 159); (*see also* Dkt. Nos. 160–62). First, Doe objects to the M&R's conclusion that there was no good cause to grant leave to amend, arguing she should be able to introduce newly-discovered Texas law that bars sexual harassment and retaliation of unpaid interns. (Dkt. No. 159 at 1, 11–14). Second, Doe objects to the finding that she was not an employee. (*Id.* at 1–2, 15–18). Third, Doe objects to Judge Bray's

conclusion that her EEOC charge was untimely, arguing that he relied on a "fragmented view of the record" and misapplied the continuing-violation doctrine. (*Id.* at 2, 18-24). Fourth, Doe objects to the M&R's burden-shifting analysis. (*Id.* at 2). Fifth, Doe objects to the M&R alleging that it "omits any analysis or recommendation" on her claim for "discrimination on the basis of sexual orientation." (*Id.* at 2, 24–25).

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the Court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The Court has carefully considered de novo those portions of the M&R to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendations for plain error. Finding no error, the Court accepts the M&R and adopts it as the opinion of the Court. It is therefore ordered that:

(1) Magistrate Judge Bray's M&R, (Dkt. No. 154), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court;

(2) Defendant's Sealed Motion for Summary Judgment, (Dkt. No. 74), is **GRANTED**; and

(3) Plaintiff's Sealed Motion for Leave to Amend Complaint, (Dkt. No. 148), is **DENIED**.

It is SO ORDERED.

Signed on September 15, 2025.

                                              **DREW B. TIPTON**
                                        **UNITED STATES DISTRICT JUDGE**