United States District Court
Southern District of Texas
**ENTERED**
September 16, 2025
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:22-CV-02416** |
| | § | |
| **BAYLOR COLLEGE OF MEDICINE,** | § | |
| | § | |
| **Defendant.** | § | |

**FINAL JUDGMENT**

In accordance with the Order Accepting Findings, Conclusions, and Recommendation of the United States Magistrate Judge signed by the Court on this date, the Court finds that there are no genuine issues of material fact with respect to any of Plaintiff's claims, and Defendant is entitled to judgment as a matter of law.

Accordingly, Plaintiff shall take nothing by her claims against Defendant and Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE.** All relief requested by Plaintiff is denied. All allowable and reasonable costs of court are taxed against Plaintiff. All relief not expressly granted herein is denied.

This is a **FINAL JUDGMENT**.

Signed on September 15, 2025.

Drew B Tipton

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**