# Exhibit A

# A

# Exhibits Regarding

## Melody Yeo and Employment With BCM

# A

# EXHIBIT 1

# A

# EXHIBIT 28

# A

# EXHIBIT 31

# A

# EXHIBIT 33

# A

# EXHIBIT 37

# A

# EXHIBIT 88

# A

# EXHIBIT 90

# A

# EXHIBIT 91

# A

# EXHIBIT 93

# A

# EXHIBIT 94

# A

# EXHIBIT 95

# A

# EXHIBIT 97

# A

# EXHIBIT 149

# A

# EXHIBIT 150

# A

# EXHIBIT 198

# A

# EXHIBIT 231b

# A

# EXHIBIT 249

# A

# EXHIBIT 250

# A

# EXHIBIT 251

# EXHIBIT 252

# EXHIBIT 253

# EXHIBIT 254

# A

# EXHIBIT 255

# A

# EXHIBIT 256

# A

# EXHIBIT 270

# B

# EXHIBIT 3

# B

# EXHIBIT 4

B

# EXHIBIT 8

B

**EXHIBIT 9**

B

# EXHIBIT 23

# B

# EXHIBIT 40

# B

# EXHIBIT 43

B

# EXHIBIT 49

# B

# EXHIBIT 50

# B

# EXHIBIT 61

B

# EXHIBIT 62

B

# EXHIBIT 63

B

# EXHIBIT 64

B

# EXHIBIT 65

B

# EXHIBIT 66

# B

# EXHIBIT 67

B

# EXHIBIT 68

B

# EXHIBIT 99

# B

# EXHIBIT 101

# B

# EXHIBIT 103

B

# EXHIBIT 107

# B

# EXHIBIT 112

B

# EXHIBIT 115

B

# EXHIBIT 184

B

# EXHIBIT 194

# B

# EXHIBIT 196

B

**EXHIBIT 257**

# B

# EXHIBIT 258

B

# EXHIBIT 259

# B

# EXHIBIT 260

B

# EXHIBIT 261

B

# EXHIBIT 262

B

# EXHIBIT 263

# C

# Exhibits Regarding

## Management of the Title IX Process

# C

# EXHIBIT 12

# C

# EXHIBIT 13

# C

# EXHIBIT 15

# C

# EXHIBIT 16

# C

# EXHIBIT 19

C

# EXHIBIT 21

C

# EXHIBIT 22

C

# EXHIBIT 57

# C

# EXHIBIT 58

# C

# EXHIBIT 60

C

# EXHIBIT 69

C

# EXHIBIT 70

# C

# EXHIBIT 71

# C

# EXHIBIT 72

C

# EXHIBIT 73

C

# EXHIBIT 110

C

# EXHIBIT 114

# C

# EXHIBIT 116

# C

# EXHIBIT 120

C

# EXHIBIT 123

C

# EXHIBIT 133

# C

# EXHIBIT 139

# C

# EXHIBIT 141

# C

# EXHIBIT 142

C

# EXHIBIT 152

# C

# EXHIBIT 157

C

# EXHIBIT 160

# C

# EXHIBIT 167

C

# EXHIBIT 222

# C

# EXHIBIT 226

C

# EXHIBIT 228

# C

# EXHIBIT 264

# C

# EXHIBIT 265

C

# EXHIBIT 271

C

# EXHIBIT 272

# C

# EXHIBIT 273

# C

# EXHIBIT 274

# D

# EXHIBIT 266